CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6758
FAX: (415) 436-7234
Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DMARCO AARON HAL,<br>Defendant. | ) | NO. CR-20-00471 YGR<br>FILED 12/11/2020 |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DMARCO AARON HAL,<br>Defendant. | ) | NO. CR-26-00551 HSG<br>FILED 11/3/2026<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. Defendant Dmarco Aaron Hal currently has a pending petition alleging the violation of his supervised release in *United States v. Dmarco Aaron Hal*, No. 4:20-cr-00471 YGR, which was filed by the Probation Office on May 7, 2027. On November 3, 2026, the

government filed an Information charging Hal with violation 18 U.S.C. § 922(g)(1), felon in possession of a firearm and ammunition, based on the same conduct that is alleged in the Form 12, and was assigned case number 4:26-cr-00551-HSG.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: November 4, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
NOAH STERN
Assistant United States Attorney